```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 08-21935-CIV-LENARD
                              MAGISTRATE JUDGE P.A. WHITE
```

CHARLES R. MONROE,             :

    Plaintiff,             :

v.                             :          REPORT OF MAGISTRATE
                                                            JUDGE
WALTER MCNEIL, et al,          :

    Defendants.            :
_____

     Charles R. Monroe filed a _pro-se_ civil rights complaint pursuant to 42 U.S.C. §1983, and a motion to proceed _in forma pauperis_ (DE#2). The motion to proceed _in forma pauerpis_ was denied and the plaintiff was ordered to file a more detailed motion to include his six month prison account statement, pursuant to 28 U.S.C. §1915 (a) and (b) as amended on or before August 21, 2008. The plaintiff was cautioned that failure to file the prison account statement could result in dismissal of this case. The time was extended to on or before September 15, 2008.

     The plaintiff has failed to respond and has filed nothing further in this lawsuit. It appears that the plaintiff is no longer litigating this case.

     It is therefore recommended that this case be dismissed without prejudice for lack of prosecution.

Objections to this Report may be filed within ten days upon receipt. The petitioner may respond to the Court's Orders and file his motion to proceed <u>in forma pauerpis</u>, with his six month prison account statement, and an explanation of why he has failed to respond to the Court's Order.

Dated this 30th day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Charles R. Monroe, <u>Pro Se</u>
     DC#862208
     Dade CI
     Address of Record

2