UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21935-CIV-LENARD/WHITE

**CHARLES R. MONROE**,

    Plaintiff,

vs.

**WALTER MCNEIL et al.**,

    Respondents.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on the Report of the Magistrate Judge ("Report," D.E. 11), issued on October 31, 2008. Having considered the Report and having independently reviewed the record, the Court finds that Plaintiff appears to have abandoned litigation of this case. Accordingly, it is:

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 11) is **ADOPTED**.

2. Plaintiff's Complaint, filed on or about July 9, 2008 (D.E. 1), is **DISMISSED WITHOUT PREJUDICE.**

3. All pending motions not otherwise ruled upon are **DENIED as moot**.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 31st day of October, 2008.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**